UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL GRIFFIN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 2:25-cv-00062-MTS |
| CENTURION, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]. There are two issues with Plaintiff's attached certified inmate account statement. First, what appears to be a printing error masks a good deal of it. Doc. [3] at 2. And second, the statement does not contain the 6-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). For these reasons, the Court will deny Plaintiff's Application without prejudice and require that Plaintiff either prepay the filing fee or submit a new properly completed application with a proper certified inmate account statement no later than March 04, 2026. If Plaintiff does not comply with this order, then the Court will dismiss his action.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that, no later than <u>**Wednesday**</u>, <u>**March 04, 2026**</u>, Plaintiff must either (1) prepay the $405 filing fee in full or (2) submit a properly completed second application along with a proper certified inmate account statement.  **If Plaintiff fails to do one of those two options, the Court will dismiss this action without further notice.**

Dated this 11th day of February 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE